UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCAS O. KENNEDY

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CASE NO. C12-5046BHS

ORDER

This matter came before the Court for a regularly scheduled Status Hearing on November 14, 2012. Charles Johnston appeared on behalf of Petitioner Lucas O. Kennedy ("Mr. Kennedy").

At the hearing, pending Chief Judge Pechman's review of the Court's decision on Mr. Kennedy's motion for recusal (Dkt. 40), the Court granted Mr. Johnston's request to have Mr. Kennedy transported by the United States Marshal to the State of Washington to allow effective attorney/client communication, and set an evidentiary hearing on Mr. Kennedy's 2255 petition (Dkt. 1) for January 30, 2013, at 9:00 a.m.

Therefore, it is hereby **ORDERED** that the United States Marshal will transport Mr. Kennedy to the Federal Detention Center in SeaTac, Washington, no later than January 14, 2013, along with his files and materials related to his legal proceedings before this court.

DATED this 15th day of November, 2012.

BENJAMIN H. SETTLE
United States District Judge